**Dennis DETERS, Petitioner**

v.

**FEDERAL AVIATION ADMINISTRATION, Respondent**

No. 16-3727

United States Court of Appeals, Eighth Circuit.

Submitted: May 19, 2017

Filed: May 24, 2017

Dennis Deters, Pro Se

Reggie Govan, Jerome M. Mellody, Amanda Bruchs Sheridan, Federal Aviation Administration, Office of Chief Counsel for Litigation, Washington, DC, for Respondent

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

PER CURIAM.

Minnesota resident Dennis Deters petitions this Court for review after the Federal Aviation Administration (FAA) denied him a medical certificate needed to re-establish his private pilot's license. He has also filed a motion to supplement the record.

We have reviewed the record and the parties' arguments, and we conclude that the FAA's decision was not arbitrary, capricious, an abuse of discretion, or without support in the law. See Reder v. Adm'r of FAA, 116 F.3d 1261, 1263 (8th Cir. 1997) (standard of review). We deny the petition for review and deny as moot Deters's motion to supplement the record.